# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00455-CV

**Scott P. Ogle, Appellant**

**v.**

**Maeli Hector, a/k/a Maeli Arellano, a/k/a Maeli Johnson, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
### NO. C-1-CV-14-011792, HONORABLE TODD T. WONG, JUDGE PRESIDING

## D I S S E N T I N G   O P I N I O N

I would hold that the judgment in Hector's favor is final and appealable, reach the merits, and affirm.

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton, and Bourland

Filed:   July 14, 2016